LAKE COUNTY BAR ASSOCIATION *v.* MARSHALL.

[Cite as *Lake Cty. Bar Assn. v. Marshall* (1994), 70 Ohio St.3d 82.]

(No. 94-891—Submitted June 15, 1994—Decided August 24, 1994.)

*Stephen G. Macek, Michael P. Hurley* and *Eugene A. Lucci,* for relator.
*Keller & Curtin Co., L.P.A.,* and *G. Michael Curtin,* for respondent.

*Per Curiam.* We adopt the findings and recommendation of the board. David S. Marshall is hereby suspended from the practice of law for a period of six

months, and ordered to make full restitution to his clients. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would publicly reprimand respondent.